# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 7, 2016

### NO. 03-15-00661-CR

**The State of Texas, Appellant**

**v.**

**Travis Lee Wickson, Appellee**

**APPEAL FROM THE 424TH DISTRICT COURT OF BURNET COUNTY**
**BEFORE JUSTICES PURYEAR, GOODWIN, AND FIELD**
**REVERSED AND REMANDED -- OPINION BY JUSTICE FIELD**

This is an appeal from the trial court's order granting appellee's motion to suppress evidence. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's order. Therefore, the Court reverses the trial court's suppression order and remands the case for further proceedings consistent with this Court's opinion. Because appellee is indigent and unable to pay costs, no adjudication of costs is made.